No. 1038, Misc.   HANSHAW *v.* EYMAN, WARDEN, ET AL.
Sup. Ct. Ariz.   Certiorari denied.

No. 1039, Misc.   EIDENMUELLER *v.* NEW YORK.   App.
Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 1040, Misc.   NELMS *v.* UNITED STATES.   Ct. Cl.
Certiorari denied.   Petitioner *pro se.   Solicitor General
Marshall* for the United States.

No. 1041, Misc.   CRAMER *v.* CAVELL, CORRECTIONAL
SUPERINTENDENT.   C. A. 3d Cir.   Certiorari denied.   ▉

No. 1045, Misc.   DALLAS *v.* FLORIDA.   C. A. 5th Cir.
Certiorari denied.

No. 1046, Misc.   McCREARY *v.* WILSON, WARDEN.
C. A. 9th Cir.   Certiorari denied.

No. 1047, Misc.   WHITE *v.* CALIFORNIA ET AL.   C. A.
9th Cir.   Certiorari denied.

No. 1048, Misc.   BELLAM *v.* WARDEN, MARYLAND
PENITENTIARY.   C. A. 4th Cir.   Certiorari denied.

No. 1049, Misc.   WALKER *v.* UNITED STATES.   C. A.
D. C. Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Marshall, Assistant Attorney General Vinson*
and *Beatrice Rosenberg* for the United States.

No. 1053, Misc.   STILTNER *v.* RHAY, PENITENTIARY
SUPERINTENDENT, ET AL.   Super. Ct. Wash., Walla Walla
County.   Certiorari denied.